# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

2023 NOV 22 A 10: 38
KSM

(Third innocent party)
Natural person-Brentrez Mcpherson (a.k.a Royal Chief Priest-BaBa "E'Shiah"
Artificial person-BRENTREZ MCPHERSON

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Georgia Department of Corrections, et al.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brentrez McPherson - Third innocent Party (Natural person) BRENTREZ MCPHERSON - (Artificial persons)

All other names by which you have been known: Royal High Chief Priest BaBa "E'Shiah"

ID Number: (Artificial person #1000799956 (Natural person - SSN #6967)

Current Institution: Smith State Prison

Address: 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Georgia Department of Corrections (Agency)

Job or Title *(if known)*: Georgia Department of Corrections (Agency)

Shield Number: N/A

Employer: Georgia Department of Corrections (Agency)

Address: 7 Martin Luther King Jr. Drive S.W., Suite #543

Atlanta (City) Georgia (State) 30334 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Tyrone Oliver

Job or Title *(if known)*: Head Commissioner. Operator over GDC Agency

Shield Number: N/A

Employer: Georgia Department of Corrections (Agency)

Address: 7 Martin Luther King Jr. Drive S.W., Suite #543

Atlanta (City) Georgia (State) 30334 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Jacob Beasley

Job or Title *(if known)*: Operator over industrial warehouse prison facility (Warden)

Shield Number: N/A

Employer: Georgia Department of Corrections (Agency)

Address: 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Juanita Sharp

Job or Title *(if known)*: Tier Unit Manager - Operator of facility

Shield Number: N/A

Employer: Georgia Department of Corrections (Agency)

Address: 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constitutional secured deprivation of civil rights (all) property of rights, privileges, immunities to Redemption birthrights protections alleged from beginning to ending of Plaintiffs sworn verified civil action complaint filed as truths of claims, claimed, as such claimed; being violated by (all) defendants Georgia Department of Corrections, et al. Also, claimed ownership of the Constitution is claimed to have been deprived of that are/is violated by therein alleged above defendants.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attachment to Plaintiff's Sworn Verified Civil Complaint
Part "B" of Complaint (The Defendant(s)): Page 2 of 11

Defendant No. 5
Name - Brian Kemp
Job or Title - Governor
Shield Number - N/A
Employer - State of Georgia (Entity)
Address - 206 Washington Street
Suite 203, State Capitol
Atlanta, Georgia 30334
Capacity - (Both)
Defendant No. 6
Name - Joseph Biden
Job or Title - President of United States of America (C.E.O)
Shield Number - N/A
Employer - White House
Address - The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
Capacity - (Both)
Defendant No. 7
Name - Terry E. Barnard
Job or Title - Chairman, of Board of Pardons and Paroles.
Shield Number - N/A
Employer - Georgia Board of Pardons and Paroles
Address - 2 Martin Luther King, Jr. Drive, SE

Suite 430, Balcony Level, ~~West~~ Tower
Atlanta, Georgia 30334
Capacity-(Both)
Defendant No. 8
Name - Aurthor
Job or Title - Operator, officer for Tier Segregation (Admin)
Shield Number - N/A
Employer - Georgia Department of Corrections (Agency)
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 9
Name - Kalkbrenner
Job or Title - Counselor - Operator of facility
Shield Number - N/A
Employer - Georgia Department of Corrections (Agency)
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 10
Name - Michael Snowden
Job or Title - Operator (Chief Counselor)
Shield Number - N/A
Employer - Georgia Department of Corrections (Agency)
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)

Defendant No. 11
Name - Folks
Job or Title - Deputy Warden of Security (Operator)
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 12
Name - Brown
Job or Title - Cert Officer (operator)
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 13
Name - Jackson
Job or Title - Cert Officer (Operator)
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 14
Name - Rhreha
Job or Title - Operator Tier Sergeant

Shield Number- N/A
Employer- GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity- (Both)
Defendant No. 15
Name- Curtis Whitfield
Job or Title- Operator Unit Manager for Industrial Warehouse prison facility
Shield Number- N/A
Employer- GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity- (Both)
Defendant No. 16
Name- Popavich
Job or Title- Staff Operator
Shield Number- N/A
Employer- GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity- (Both)
Defendant No. 17
Name- Walker
Job or Title- Cert Officer (Operator)
Shield Number- N/A
Employer- GDC Agency
Address- 9676 Highway 301 North

Glennville Georgia 30427
Capacity-(Both)
Defendant No. 18
Name - Tatum
Job or Title - Facility Operator staff Officer
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)

Additional Defendant(s) for plaintiff's claim arisen outside of Institution

Defendant No. 1
Name - Douglas County
Job or Title -
Shield Number - N/A
Employer - Douglas County
Address - I don't Know
Capacity - (Both)
Defendant No. 2
Name - Douglas County Sheriff's Office
Job or Title - Sheriff
Shield Number - N/A
Employer - Douglas County
Address - I don't know
Capacity - (Both)

Defendant No. 3
Name - Douglas County Superior Courthouse
Job or Title - hold public proceedings (return of indictment) and (keep court records stored)
Shield Number - N/A
Employer - Douglas County
Address - 8700 Hospital Drive
Douglasville, Georgia 30134
Capacity - (Both)

Defendant No. 4
Name - E. Dalia Racine
Job or Title - Head District Attorney for Douglas County Judicial Circuit
Shield Number - N/A
Employer - Douglas County and/or the State of Georgia
Address - Douglas County Courthouse
2nd Floor
8700 Hospital Drive
Douglasville, Georgia 30134
Capacity - (Both)

Defendant No. 5
Name - Ryan Leonard
Job or Title - Assistant District Attorney for Douglas County's D.A.'s Office
Shield Number - N/A
Employer - Douglas County's District Attorney's Office (Douglas County)
Address - Douglas County's Superior Courthouse
2nd Floor
8700 Hospital Drive
Douglasville, Georgia 30134
Capacity - (Both)

Defendant No.6
Name - LaDonna Schuemaker.
Job or Title - Public Defenders Office for Douglas County Superior Courthouse.
Shield Number - N/A.
Employer - Douglas County's Superior Courthouse.
Address - Douglas County's Superior Courthouse.
Public Defenders Office
8700 Hospital Drive
Douglasville, Georgia 30134.
Capacity - (Both).
Defendant No.7
Name - John Doe
Job or Title - Detective (Arresting Officers), and Investigator/Interrogator.
Shield Number - N/A
Employer - Douglas County, Douglas County Sheriff's Office.
Address - I don't know.
Capacity - (Both).
Defendant No.8
Name - Tammy Howard
Job or Title - Clerk of Court for Douglas County superior Courthouse.
Shield Number - N/A.
Employer - Douglas County/Douglas County Courthouse.
Address - 8700 Hospital Drive
Douglasville, Georgia 30134
Capacity - (Both)
Defendant No.9
Name - Robert J. James
Job or Title - Judge James

Shield Number- N/A
Employer- Douglas County and the State
Address- 8700 Hospital Drive
Douglasville, Georgia 30134.
Capacity-(Both).
Defendant No.10
Name-Brenda Joyce Little
Job or Title- Grand Jury Selector-Vice foreman for return of indictment (2012 sept-20)
Shield Number- N/A.
Employer- Douglas County Superior Courthouse.
Address- I don't have.
Capacity-(Both)
Defendant No.11
Name-Annetta D. Stembridge.
Job or Title-Head Clerk of Douglas County Courthouse.
Shield Number-N/A
Employer- Douglas County.
Address- 8700 Hospital Drive
Douglasville, Georgia 30134
Capacity-(Both).
Defendant No.12
Name- City of Douglasville
Job or Title- City
Shield Number- N/A
Employer- State of Georgia
Address- Douglasville, Georgia

Capacity-(Both)

Defendant No. 19
Name - Dean
Job or Title - Lieutenant - Operator of facility
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 20
Name - Wilson
Job or Title - Correctioner Operator of facility (officer)
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 21
Name - Jasmine Stoutamire
Job or Title - Tier Sergeant for facility - Operator
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 22
Name - Sheppard
Job or Title - ~~[illegible]~~ Regional Director

Defendant No. 22
Name - Goodell
Job or Title - Lieutenant - Operator of facility
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)

Defendant No. 23
Name - Victoria Westin
Job or Title - Unit Manager - Operator of facility
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)

Defendant No. 24
Name - Joseph Barnes
Job or Title - IRT (Tactical) officer - Operator of facility
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)

The additional numbered defendants 19 thru 32 are to be placed on Docket, as well, added to Part "D" of Plaintiff's complaint, in connection to facts alleged, as claimed, as being personally Involved with the actions of defendants alleged on page 5 of 11, presented facts as "Who did What?"

Defendant No. 25
Name- Robert Tooles
Job or Title- Fields Operator of facilities
Shield Number- N/A
Employer- GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity- (Both)
Defendant No. 26
Name- Scott
Job or Title- Correctioner Operator
Shield Number- N/A
Employer- GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity- (Both)
Defendant No. 27
Name- Mackrie
Job or Title- Correctioner Operator
Shield Number- N/A
Employer- GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity- (Both)

Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)
Defendant No. 32
Name - Williams
Job or Title - Counselor Operator
Shield Number - N/A
Employer - GDC Agency
Address - 9676 Highway 301 North
Glennville, Georgia 30427
Capacity - (Both)

Defendant No. 28
Name- Kelly
Job or Title- Sergeant Operator of facility
Shield Number — N/A
Employer - GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity-(Both)
Defendant No. 29
Name- Yarnez
Job or Title- Correctioner Operator
Shield Number-N/A
Employer- GDC Agency
Address- 9676 Highway 301 North
Glennville, Georgia 30427
Capacity-(Both)
Defendant No. 30
Name- Bonnie Shuemaker
Job or Title- Cert. Team Sergeant Operater of facility
Shield Number-N/A
Employer-GDC Agency
Address- 9676 Highway 301 North

Capacity-(Both)
Defendant No. 31
Name- Smith
Job or Title- Regional Director Operator over facilities
Shield Number-N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Plaintiffs right, civil rights, properties of all rights were/is being violated by state and local officials, people who work for the State of Georgia, City of Douglasville, counties of Georgia, cities of Georgia and/or local Governments, by (GDC) and (Douglas County) defendants who damaged properties causing injuries.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Slave/Victim of crime

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. (See Attachment)

See Attached - Exhibits - F, G, H, I, J, K, and L.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. Douglas County defendants violations of laws and rights, as claimed, occurred at my Home in Douglas County, Douglasville, Ga, 30134 on July 31, 2012. Douglas County Jailhouse on July 31, 2012. First Appearance on August 2, 2012. Arraignment court date unknown. Grand Jury proceeding September 21, 2012. Court hearing on May 15, 2012 Courthouse and May 16, 2012. Open Records Act-form filed May 31, 2023 Clerk's Office. July 6, 2023, Letter-Response (by me) sent via letter to Clerk regarding Open Records Act (Denied). September 26, 2023, at prison I filed sworn affidavit challenging Jurisdiction, at douglas County Courthouse. January 15, 2010, at Courthouse. August 14, 2023

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. GDC defendants violations of laws and rights, as claimed, occurred in Smith State Prison institution on May 25, 2023, October 1, 2023, and October 5, 2023

# Attachment to Plaintiff's Sworn Verified Civil Complaint

## Part "D" of Complaint section (IV) (Statement of Claims): Page 4 of 11

(Claim-1)

1. Defendant-Joseph Biden is personally involved in wrongful actions of deprivations of Plaintiff's rights and civil rights, due to actions of deliberate and callous indifference, and negligence towards subjectively aware substantial risks of harm faced by me, as informed of via letter addressed to him on May 29, 2021, that was assigned the correspondence case number #: 870999, regarding clemency being granted to me, because of my exposure to unavoidable faced risks that posed threats to my safety, life, health, mental health, welfare, arisen from the extremely harsh unsafe conditions of confinement at Smith State Prison, that was/is failing to maintain adequate staffing, amounting to inadequate supervision of violent confined prisoners, that revealed such improper inmate-to-guard ratios.

Biden neglected his Amendment VIII mandatory imposed duties of performances to take reasonable measures owed to me as a confined United States Citizen subject, with secured rights by the constitution under all Amendment in Laws. I had a serious situation of exposures to imminent risks of dangers faced at time of such notice, he acted with deliberate and callous indifference, and negligence towards, by recklessly disregarding my known experiences on March 16, 2022, as Biden forwarded my letter requesting reasonable measures, to the Office of the Pardon Attorney within the Dept. of Justice for review, and disregarded, via notified correspondence letter sent to me, by the U.S. Dept. of Justice, on March 28, 2022, that deprived me of Due Process of law under Amendments (V), (VIII), and (XIV). Biden breached his constitutional duties and Oaths, to support, uphold, defend and protect the constitution, as the President for the United States, by failing to respond in an Objectively reasonable manner to my notified faced risks of harms. (See Exhibit-"O").

Federal Official defendant Biden violated my therein alleged rights under Amendments

(V), (VIII), and (XIV) under color of Federal law, while he was employed by the United States Federal Government.

2. (Claim-2) Defendant-Brian Kemp and Tyrone Oliver was notified via letter, on October 23, 2023, of the faced substantial risks of serious harms that posed threat(s) to my life, safety, welfare, health, and mental health, due to being currently housed at Smith State Prison facility, that's been failing to maintain adequate staffing, because of improper inmate-to-guard ratios allowed, amounting to inadequate supervision of facility's. Both defendants owed me the duty of reasonable measures to be taken, once known to them, that is imposed by them under Amendment VIII, which is an mandatory duty. I never received any response from neither official or noticed any actions of reasonable measures taken, as both officials acted with deliberate and callous indifference. towards known risks informed of, and recklessly disregarded, due to failing to respond in an "Objectively" reasonable manner of informed risks.

Tyrone Oliver, on October 1, 2023, visited Smith State Prison facility, in regards to Officer's Clark's death. Mr. Tyrone Oliver personally stepped foot in my assigned dormatory on October 1, 2023, and noticed the obvious understaffed conditions, and failed to perform duty of providing funds to cure problems known, or release prisoners and Shutting down facility, or inform Governor, of such conditions of exposure, to reduce risks of exposure. Emergency grievances were filed on May 25, 2023, and October 5, 2023, asking defendant Tyrone Oliver and employed staff of Agency, that's illegally operating facilities by conspired conscious conducts aware of, asking all defendants to refrain from illegally housing me at such illegally operated understaffed prison, or take reasonable measures, by contacting Georgia Board of Pardons and Parole, to arrange that I be released or transferred to an transitional Center, to finish remainder of sentence in an safe environment.

I received no response from filed exhausted grrevance, dated May 2023, nor the October 5, 2023, filed grrevance, that also revolves expo to imminent dangers of serious risks of physical injuries. Defendants, b with negligent supervision or retention, due to lacks of actions to red faced risks, amounting to disregards, from failing to respond to know in an "Objectively" reasonable manner. (See Exhibits "A, B, C, D, and E.)

3. Defendant - Terry Barnard was notified via letter, around time fr (2021)-(2022), of the faced substantial risks of serious harms t posed threat(s) towards my safety, life, welfare, health, and ment health, due to the extremely harsh unsafe prison conditions of con ments, experienced, at Smith State Prison facility, that's were/is f o maintain adequate staffing, due to improper inmate-to-guard ratios as led to inadequate supervision of violent prisoners and me. I as im to take reasonable measures, regarding the experiences of faced isks of exposure. defendant Barnard acted with deliberate and callou ndifference to, along with negligent failure of performance of manc posed duty owed to me by defendant. under Amendment VIII ake necessary reasonable measures, regarding unavoidable faced risks by u On August 1, 2022, I received letter of notice from defendant, denyin y request for pardon, regarding reasonable measures to be taken, tha fendant recklessly disregarded by actions of deliberate and callous in ence, as he failed to respond in an "Objectively" reasonable manne rein above alleged risks informed of. (See Exhibit-"N"). Defendant sonally involved.

Defendants - GDC Agency, et al, was all informed via grievance and let faced substantial risks of serious harms that posed threat(s) to my sa

life, welfare, health, and mental health, on May 25, 2023 and October 5, 2023, See Exhibits-"A, B, C, D, and E. Defendant(s) reckless disregards, to known risks, amounted to actions of Deliberate and callous indifference and negligent failure of performances of entitled duty owed to me, by defendants, as being such mandatory imposed duties under Amendment VIII, as such subjectively known risks were ignored consciously, as they failed to respond in an "Objectively" reasonable manner, to minimize faced risks by me, as defendant continued to conspire to illegally operate industrial warehouse Smith State Prison facility, which defendants are aware as, to such experiences by Plaintiffs, of exposures to faced risks within unsafe prison conditions of confinements, that violates Amendments (IV), (V), (VIII), (XIII), and (XIV), that they're personally responsible for, as they violated Plaintiffs civil rights and rights secured under therein above alleged Amendments to the constitution.

5. Defendants - City of Douglasville, County of Douglas, Douglas County Superior Courthouse, Ryan Leonard, La'Donna Schumaker, (John Doe), Tammy Howard, Robert J. James, Brenda Joyce Little, and Annetta D. Stembridge were personally involved in the acts of fraud. On, September 21, 2012, District Attorney - David McDade informed the public via article post, stating that, I, Plaintiffs' Brentrez Mcpherson was indicted for charges of Burglary, (see Exhibits-"I, J, K, L, and M).

On September 21, 2012, defendants - County of Douglas, Douglas County Superior courthouse, Ryan Leonard, La'Donna Schumaker, Tammy Howard, Robert J. James, and Brenda Joyce Little, all conspired to commit the crimes of fraud, as the face of indictment No. 12CR01113, in connection to Plaintiffs' criminal case, contained the signed signatures of them, as being present before grand jury selectors that voted to return true bill of indictment No. 12CR01113, signed by defendant Brenda Joyce Little, as vice-foreman, signing as, foreman.

The listed grand jurors selectors for Indictment No. 12CR01113 were never present on the day of September 21, 2012, to return an indictment in Open court, due to defendant Tammy Howard, Clerk never issuing any summons or subpoenaes, for allege selectors for indictment No. 12CR01113, as such response from defendant Tammy Howard via letter on, received by me, as witness, on January 15, 2020, informing me that the requested certified copies requested by me, that such copies of issued summons or subpoenaes to signify the pressence of chosen selectors on indictment No. 12CR01113, did not exist, see (Exhibits "G, H, I, J, K, L, M, and especially "F").

Tammy Howard stated that copies of summons and subpoenaes, were not filed as an document, in her office, see (Exhibit "F").

Defendants - (John Doe), Douglasville (city), County of Douglas, and Douglas County Sheriff's Office, illegally seized both my persons Plaintiff's Natural person (Third innocent party) - Brentrez Mcpherson and Artificial person - BRENTREZ MCPHERSON, on July 31, 2012, without a secured arrest warrant issued by an magistrate Judge, see (Exhibits "J, K, L, and M).

I was scheduled an bond and probable cause hearing, on August 2, 2012, (48) hours after my warrantless arrest occurred, as hearings were conducted by assigned Judicial officer - Magistrate Barbara Caldwell, whom, did not find probable cause to issue any warrants to seize my persons, or issue any orders to seize my properties deprived of unlawfully, without afforded rights to Due Process of law, before deprivation, as the arresting officer defendant (John Doe) unlawfully photographed, fingerprinted, and booked me for criminal charges, on July 31, 2012, see (Exhibits "J, L, M).

Later, that day of August 2, 2012, an unassigned Judge, whom had a

personal interest in my case, illegally issued void arrest warrants for unlawfully seize both my persons, afther assigned magistrate Judge-Barbara Catdwell, whom is a witness, to never issuing any warrants of arrest for any criminal offenses.

The personal involvements of therein above alleged defendants violated my rights and civil rights secured by the constitution under Amendments (IV), (V), (VIII), (XIII), and (XIV), causing injuries to my personal damaged properties. claimed as mimes.

C. What date and approximate time did the events giving rise to your claim(s) occur?

(See Attachments)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* (See Attachment) I was involuntary exposed to unlawful conditions of confinement of unsafe extremely harsh forms of Cruel and Unusual Punishments, by defendant(s): Kemp, Oliver, Beasley, Sharp, Aurthor, Kalkbrenner, Snowden, Folks, and Brown, whom is/has consciously committed individually intentional actions of illegal conduct acts of conspired operations of unlawfully housing me and other housed prisoners in the unsafe confinement of Smith State Prison, facility, whom each has personally intentionally acted with deliberate indifference, callous indifference, and negligent failure to perform Duties imposed as breached, and reckless disregards to the notified substantial risks of serious harms faced by me and all prisoners, as so clearly obvious to each above illegally conspired operators that acted with reckless disregards [illegible] to exposure to substantial risks of serious harms in present state of unsafe prison confinement, that violates and injures my clearly established violated rights at time, warned as being afforded secured properties of mines under Amendments (IV); (V); (VIII); (XIII); and Amendment (XIV) to constitutions.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I sustained experienced injuries to such damaged personal properties of all alleged rights denied and deprived of, as being secured properties by the constitution, constituting violations of Plaintiff's constitutional rights linked to above related events alleged causations of Defendant(s) actions, which constitutes as enough presented facts indicating there is a casual connection between Defendant(s) alleged actions and the violation of Plaintiff McPherson's constitutional rights. I also sustained experiences of physical injuries(s) in the forms of damages to personal "secured" properties of mental state of minds (Psychological) injuries of mental and emotional anguishes, distress, paranoia, anxieties, harassments, depressions, and intentional annoyances, as worried torments mentally suffered, as injury to "mental" health Properties damaged from each defendant intentional Breach of agreement and invasion of such rights secured being linked to above related events alleged causations of damages and injury of Defendant(s) actions, that constitutes as enough presented facts indicating there is a casual connection between Defendants actions alleged and the violation of Plaintiff McPherson's constitutional rights invaded, as all above therein alleged injuries sustained, was never treated, as requested by me, as required by me, as disregarded. It was a Duty owe to me, by Defendants. (See Attachment)

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

[Please see Attachment regarding Relief]

# Attachment to Plaintiff's Sworn Verified Civil Complaint

## Part "C" of Complaint (Dates and Times): 5 of N

1. Regarding GDC Defendants - October 10, 2020 - (8:30 p.m. to 9:12 p.m.); October 11, 2020 - (2:18 p.m. - 3:18 p.m.); October 12, 2020 - (1:25 p.m. - 2:37 p.m.) (4:21 p.m. - 5:03 p.m.); (January 15, 2021); (May 25, 2023); (October 4, 2023); (October 5, 2023), (August 1, 2022)

2. Regarding Douglas County Defendants - (July 31, 2012); August 2, 2012; (Unknown Date of Arraignment (2012)); (May 15, 2013); (May 16, 2013); (October 25, 2012); (March 3, 2023); (March 3, 2023); (September 21, 2012); (January 15, 2020); (May 31, 2023); (July 6, 2023); (September 26, 2023).

# Attachment to Plaintiff's Sworn Verified Civil Complaint

## Part "D" of Complaint (Facts underlying Claims): Page 5 of 11

1. The U.S. Department of Justice and it's employed staff members, along with assigned Special Litigator-Mark Williams of Special Litigation Section-4CON, are <u>involved</u> in these exigent circumstances experiences of present state of "EMERGENCY" of criminal operations, by illegally conspired operaters, of the unsafe and understaffed Smith State Prison facility, as witnesses, and investigators conducting investigations over the entire Agency of the Georgia Department of Corrections, whom, earlier this year of 2023, made a (3)-three day visit, to the Smith State Prison facility, to interview housed prisoners, who as well, <u>saw</u> the unlawful conditions of confinement of prison facility, and such subjectively aware and obvious acts of conspired operations of facility, by all alleged therein illegal operators in Part "D" of Plaintiff Mcpherson's sworn verified civil complaint filed, except defendant-Brian Kemp, along with the obvious and clear faced substantial risks of serious harms, exposed to, me and other prisoners.

2. <u>Witnessed Whistle Blowers-</u>
   1. Warren-Deputy Warden of Care and Treatment
   2. [illegible]
   3. Unit Manager-Walker
   4. [illegible]
   5. Jennifer Jarrel-Deputy Warden of Admin
   6. Kristalen Stevenson-Lieutenant
   7. Ronnie Shuemaker-Cert Team Sgt.
   8. Brianna Edwards-Lieutenant
   9. Commander-Watkins

10. Officer Packer
11. Regional Director - Sheppard
12. Fields Operator - Robert Toole
13. Officer - Dismuke
14. Lieutenant Moore
15. Officer - Sullivan
16. Yarnes
17. Sergeant - Wright
18. Lieutenant - Shelby
19. Tillman - Officer
20. Mental Health Counselor - Boutwell
21. Mental Health Counselor - Cologne
22. Maintenance Man - Burchfield
23. Maintenance Man - Bennett
24. Nurse - Mack
25. Nurse - Brewer
26. Nurse - Copeland
27. Nurse - Drigger
28. Nurse - Mitchelle
29. Nurse - Haywood
30. Nurse - Marla Riley
31. Nurse - Hester
32. Nurse - King
33. Nurse - Cornish

[redacted] And even me and other illegally housed slaves of involuntary servitudes saw what happened, regarding conduct by Defendants alleged in Part "D" of Plaintiff Complaint and, as such, witnessed behavior, also committed by

1. GDC Agency Operators
2. Cert Officer-Operator (Jackson)
3. Sergeant-Rhreha
4. Unit Manager-Curtis Whitfield Operator
5. Officer-Popavich Operator
6. Cert Officer-Walker Operator
7. Officer Tatum-Operator
8. Lieutenant-Dean Operator
9. Officer-Wilson Operator
10. Lieutenant-Goodell (conspired operator).

The above (9)-Defendant(s), are to be added to the list of co-conspirators, alleged in part "D" of Plaintiff's Complaint on page 5 of 11, for facts underlying your claims.

11. Witness La'Quantra Smith saw defendant Terry Barnard deny me pardon. (See Exhibit "N")

# VERIFIED SEPARATE FACTS UNDERLYING CLAIMS

Regarding Douglas County Defendant(s) (Douglasville) as well.

1. Plaintiffs (Both) was deprived of Due Process under Amendments (All).

My Artificial person-Plaintiff (BRENTREZ JARMYKUS MCPHERSON) was fraudulently indicted for criminal offenses on September 21, 2012, at the Douglas County Courthouse. (See Exhibit "E" thru "L")

2. I was illegally arrested without probable cause found, or issued warrants for arrest on July 31, 2012, and booked, fingerprinted, and photographed, for criminal charges I never confessed to, and such charges that I was never notified of probable cause being found by an Magistrate, ordering the seizure of my fingerprint, picture, and name, SSN#, persons, third innocent party (Natural person) Brentrez Jarmykus Mcpherson, along with BRENTREZ JARMYKUS MCPHERSON properties seized, as alleged above therein, for charges arrested for,

by Douglas County, Douglas County Sheriff, and Douglasville Detectives, investigators, and police officers, on July 31, 2012, with warrantless issued arrest warrants. My mother (Tameka McPherson) saw the above alleged therein No. 1 and 2 underlying claims, the actual kidnapping of me.

3. August 2, 2012, I went to first appearance before Magistrate Barbara Caldwell, in regards to warrantless arrest (2) two days prior. Such magistrate never issued orders to deprive and seize my Natural persons or Artificial persons properties for crimes, I had unlawfully booked for, on July 31, 2012, without Due Process, and never found probable Cause to issue warrants for any arrest.

Later, that day, an unassigned Magistrate (Robert J. James) issued warrants for the arrest of my Artificial person - BRENTREZ J. MCPHERSON, and not my Natural persons - Brentrez Jarmykus McPherson, unlawfully kidnapping both of my persons, as slaves.

4. Sentenced and convicted unlawfully for criminal offenses fraudulently indicted, by void Judgment rendered against Plaintiffs on May 16, 2013. Secured rights by constitution, and constitution was invaded by Defendant.

5. Listed Grand Jurors for indictment fraudulently filed against me, was never summoned or subpoenaed by Clerk Tammy Howard (defendant) to appear at indictment proceedings on September 21, 2012, to hear my case and consider evidence (See Exhibit "F")

6. I was unlawfully punished to involuntary servitudes of slavery, as a slave.

- Aforementioned facts alleged, involved Douglas County, Douglasville Defendants, along with the State of Georgia as the plaintiff against me, regarding such above alleged criminal matters, along with my child's mother Alexus Barber and mother Tameka McPherson, who saw the facts alleged above, No. 1 thru 6, that defendants did to me, depriving Plaintiffs of his civil rights, rights, immunities, privileges, properties of rights, persons under color of statute

law, ordinance, regulation, or custom, willfully, subjected me to therein alleged above, in the State of Georgia territory of the United States Jurisdictions. I was victim of defendants Commercial usage.

Defendants - Tammy Howard, Judge - Robert J. James, mother Tameka McPherson saw the fraudulently indictment filed as part of Clerk Tammy Howard's record and final minutes, along with void illegal arrest warrant(s) issued August 2, 2012 and filed days later, and saw the violations of Amendments (IV), (V), (VIII), (~~XIII~~) and (XIV); that the constitution affords me such secured Due Process rights under, that was injured, and invaded, and LaDonna Schmaker

- Tammy Howard saw illegal arrest warrants be filed, as being being the individual involed, as the filer.
- My Mother Tameka McPherson is involved as being my parent who give me the christian birthright name of Brentrez Jarmykus Mcpherson and not the All-Cap Artifical persons name spelled BRENTREZ JARMYKUS MCPHERSON, who saw the All Cap spelling name on filed arrest warrants and indictment No. 12CR01113, she also witnessed the seizure of both plaintiffs. (See Exhibits J, K, L.)
- Tameka Mcpherson - mother saw Magistrate Barbara Caldwell choose not to issue arrest warrant(s) for charges arrested for, along with the Atlanta Journal Constitution (AJC), and news reporte at hearing on 8/2/2012, and me, as well as a witness. (See Exhibit "L")
- Defendants alleged therein are personally involved as conspiring to fraudulently indicting me on September 26, 2012, regard Plaintiff Artifical persons, by commercial usages and schemes. See Exhibits "F" and "I"
- Eric Johnson, II, attorney involved, saw facts alleged therein above, regarding number #4, being such attorney that encouraged me to allow Defendants, et al, to render void Judgment against, and agree to the illegal seizure of my persons as a slave, and Depriviation of righ

- Defendants - Tammy Howard, Judge - Robert J. James, and Ryan Leonard are involved as signing their signatures upon the face of Indictment No. 12CR01113, which was saw by Defendant LaDonna Schumaker on September 21, 2012, at courthouse, not in front of listed Grand Jurors, for Indictment No. 12CR01113, along camera footages. See Indictment No. 12CR01113.
- Defendant Tammy Howard is involved personally, as the one who informed of the lack of existence of copies requested by me, of such summons and subpoenaes issued for Grand Jurors listed on Indictment No. 12CR01113, to appear at court on September 21, 2012, and who saw such grand Jurors never appear that day. (See Attached Exhibit-"F"), and saw me be deprived of Due Process under Amendments (V) and (XIV), by the State of Georgia and Defendants, whom denied me my right to indictment by grand jury and equal protection under the laws, depriving me of my life, liberty, properties, propertres of rights with out Due Process, and saw my Bid Bond, Payment Bond, and Performance Bond be undersigned illegally, and saw my Natural persons - Plaintiff Brentrez Jarmykus Mcpherson be intentionally recognized as my Juristic Artificial persons - BRENTREZ J. MCPHERSON. She also saw the false imprisonment under color of state law, I was willfully subject to, caused by Defendants.

All defendants involved, denied me my civil rights and rights protected by federal law and the constitution, and such was done by them acting "under color of State law", establishing Due Process of law violations of Amendments (IV), (V), (VI), (VIII), (XIII), (XIV), while acting with deliberate and callous indifference, negligence, and reckless disregards towards known faced risks, and disregards to all rights claimed

# Attachment to Plaintiff's Sworn Verified Civil Complaint

## Part "D" (V) of Complaint (Injuries): Page 5 of 11

The State of Georgia, city of Douglasville, County of Douglas, and names in connection to therein alleged, as defendants caused injuries to Plaintiffs personal properties of rights and civil rights, article-4 to Amendments (I), (IV), (V), (VI), (VIII), (XIII), and (XIV) secured by the constitution, being my property, as well, that was injured/invaded, due to infringments. They injured my physical properties of mental and emotional (psychological) state of minds (psychological injuries) damages, that I was willfully subject to. I sustained injuries of surgeries, (2) two separate times, in connection to my injuries of illegal retraints and distraints of my injured persons of Natural fleshs and bloods and Artificial (Straw-man), in relations to events alleged, regarding Defendants actions, described in Plaintiffs attachment for Part "D" of Complaint (Facts underlying claims): Page 5 of 11, presented under the page (3) of attachment labeled (Verified Separate Facts Underlying Claims).

I never received medical treatments for such injuries, nor compensation, I only was treated for surgeries needed.

Attachment to Plaintiff's Verified Civil Complaint
Under "D" Part (VI) of Complaint (Reliefs): Page 5 of 11

1. Plaintiff (Injured Party of Properties Damaged) asks court to Grant him full recoveries as full entitle[ments] true to being sucessfully recovered, as being his lawfully accepted entitle[ments], to any and all of his desirable requested forms of available reliefs pray-ed for, as sought by him, along with any and all other unaware available forms of reliefs, so possibly desired by Plaintiff, if notified of it's existence to recover all available monetary and equitable rewards and awards, and monetary and equitable damages recovered, as to be received with any and all forms of entitled rewards and awards of all reliefs deemed by this court, as being informed possibly desirable reliefs accepted, by Plaintiff, as prayed to be received, had he so possessed knowledge of entitle[m-ents] to reliefs and any and all other entitled forms of awarded rewards of additional substantial reliefs, and all availability of full recovery costs of fees this court notify, as available equitable awards and rewards of monetary and propertie reliefs, by U.S. Distr-ict Judge - Honorable J. Randal Hall, as being asked to protect and defend the constitution, by supporting and upholding the constitution, as well, as a requirement of sworn Oath, along with the request the performance of all imposed mandatory Duties, especially relating to reasonable measures to be necessarily taken by U.S. District Judge - Honorable J. Randal Hall and U.S. District Court for the Southern District of Georgia, and resist from acting with disregards to my properties of rights to properties of persons physical injuries to his personal property of his mental states of minds: "mentally" and "emotionally" psychological injury of distress

damages currently still being suffered causations, along with the resistence of acting with deliberate indifference, or callous indifference, or negligent performance towards me (Plaintiff), in any way period.

2. Plaintiff additionally, asks court to accept any and all informations alleged therein my entire filed plausibly verified civil complaint, as being true, as constituting enough facts forming evidence of plausible grounds, satisfied, as cause found to issuance of orders of Federal liens against any and all owned existences of all forms of properties legally recorded, as ownerships, along with equitable properties, of each defendant, with a full listed descriptions of each and every separate property(s) of completed inventory of informed exact ownerships of particular properties and their worth values, along with court's acceptance of truth, that, Plaintiff in fact, legally has an existing substantial property interests, in regards to civil infringement by each defendant, that was a notified warned disregarded denied clearly established rights of mine violated at such time of occurrance, personally, by each defendant, that's protected as secured rights, by the constitution, also violated and damaged from injury, due to reckless disregards, to the constitution, that is true to being an honorable claimed property of inheritences, that Plaintiff legally has such rights of recoveries of money and equitable damages, due to his truthfully accepted substantial property interests, as being my private property lawfully afforded to me, before and after my birth into this world, on the Jurisdictional soils of territories, State of Georgia, subjected to the Jurisdictions of the United States, as a citizen of the United States.

3. Plaintiff additionally, asks court, to Grant any and all forms,

of aware and unaware recovery entitle[ments] lawfully afforded, to me, by the constitution of the United States of America, under it's protected laws, to be received by him, under forms of Declaratory reliefs, so available as well, to him, of every existing forms of equitable reliefs, and Prospective reliefs, of being released from currently experiences, of faced risks of serious irreparable harms, likely to occur in the near future, that can afforded by a (3)-three panal Judge, as a adequate form of appropriate reasonable measures, in this currently situation of exigent circumstances, that exists in this emergency situation of Plaintiff being forced to housing assignments of involuntary servitudes, that is exposing him to unavoidable unreasonable substantial risks of serious harms, known to each defendant, that has recklessly disregarded such obvious long-existence of faced risks, by me, in the continued ongoing pattern of the illegally conspired actions of unlawful operations, of Smith State Prison facility, that has been an ongoing consciously reckless disregard, to the posed threats of death causations and irreparable harms to the welfare of me and other prisoners, at Smith State Prison, since my previous identical alleged claims, in civil action (# 6:21-cv-34), that also asserted causation of violations of my rights, by defendants separately committed reckless actions of conscious disregardeds deliberate indifference, callous indifference, and negligence, to unreasonable experiences of being housed, in such unsafe dangerous prison conditions of confinement, thats the arisen existence of creations from the identical current and previous obvious and recorded unlawful improper inmate-to-guards ratios, recklessly disregarded liabilities attachment to each defendant that has consciously ignored the risks faced and welfare of me and other unlawfully housed prisoners, currently at Smith State Prison, that is clearly and obviously failing to maintain adequate staffing, that has been

an previous ongoing occurrances of the currently resultance of inadequate supervision of violent unmonitored largely percentage of classified (STG) lifers at a level-7 disciplinary (closed) prison facility, that lacks (24)-hour access to medical care services, that can't be adequately provided around the clock, that has exposed numerous prisoners to such permenant irreparable harms to their persons, and substantial numbers of death causations to many prisoners, whom was purposely denied available services of emergency medical care services, by operators of Smith State Prison facility, thats conscious of not having around the clock (24) hour access to medical care services, Therefore leaving prisoners with severe injuries, with unavailable adequate medical attention provided.

Plaintiff, in addition to alleged above facts, thats sufficient factual matters, prayed by Plaintiff, as being enough information, along with other possible considered forms of collected informations to be found by inferences drawn from plaintiff's previous civil complaint action (6:21-cv-34), by this court, as requested by me as prayed to be all such enough acceptable combined needed informations, to satisfy the court or such assigned Federal Judge, of meeting the requirements of having an preliminary injunction order issued and the requirements of having the court issue a (TRO) Temporary Restraining Orders against defendants, as both are so desperately needed immediately in this (emergency situation), of the currently (personal) ongoing experiences of reckless exposures to risks of actual harms or irreparable harms of existing imminent dangers of confinement, to reduce such risks alleged therein, that decreases chances of posed threats toward me, from likely occurring in the near future, and to order defendants from stop acting in harmful behaviors that subjects me and other illegally housed (confined) prisoners that experiences

ongoing violations of rights thats damages to property from injury, and to be Granted Declaratory reliefs.

4. Plaintiff asks court to Grant him full recovery of all costs paid by him, in any and all forms of fees required of him legally ordered by court, now and in the near future.

5. Plaintiff asks court to consider any and all alleged plausible facts set forth, from the beginning to end of his sworn verified filed civil complaint action, along with all facts ~~therein his~~ preveous filed dismissed civil complaint action# 6:21-cv-34, as enough information considered by this court and court's Federal District Attorney's offices, as being grounds of establishing Probable cause of issuance of arrest warrant(s) desired by him, to be issued to seize the persons of defendant(s): ~~Brian Kemp~~ Walker, Tyrone Oliver, Jacob Beasley, Juanita Sharp, Aurthor, Kalkbrenner, Michael Snowden, Folks, and Brown, as their current actions amounts to reasonable suspicion showing that therein alleged defendant(s) has committed crimes and is still committing crimes to this present day of Plaintiff's filed plausibly sworn verified civil complaint, that's a established form of considerable evidence, in support of prosecutions brought by this court's appointed Federal District Attorney, whom Plaintiff asks, as humbly and desperately prayed for, that court personally assists me, by exercising it's necessary mandatory appropriately lawful authorities, as being linked casual connections of U.S. District Court's Judges constitutional mandatory imposed Duties and Sworn Oaths, to accept any and all of Plaintiff's plausible colorable sworn verified facts as being true, and considered by U.S. District Judge, as a form of sworn affidavit of facts, as substantially complying with the Warrant requirements under Amendment IV, as such personal Knowledge possessed by Plaintiff provided as showings of sufficient

information, that establishes findings of created reasonable suspicions, that there is current criminal activity showing that defendants has committed crimes or is committing crimes of conspiracy to illegally operate the "Known" unsafe prison facility (Smith State Prison) that's currently failing to maintain adequate staffing, that creates substantial risks of serious harms faced by me and all other Unlawfully housed prisoners, that is left unsupervised for long periods of time, due to such Known disregarded dangerous improper inmate-to-guard ratio, that causes inadequate supervision of prisoners, that consists of largely populated (STG) lifers, thats forced to be housed in extremely harsh unsafe conditions of confinements, that violates Amendment VIII of constitution, that injures me and all other prisoners guaranteed afforded rights under Amendment VIII, that entitles "us" to be free from Cruel and Unusual Punishments, that we're presently being unavoidably exposed too, which is intoilable by the public and U.S. District Court for the Southern District of Georgia, for the Statesboro Division.

Plaintiff additionally, in connection to therein alleged above request, asks that this court notify courthouse Federal District Attorney of provided sworn facts presented by me via sworn verified civil complaint action filed by me, as being accepted by this court, as a formed sworn affidavit of facts, that supports the showings of defendant(s) being in the commission of crimes of conspiracy, that satisfys as being enough evidence to be presented to a Federal Grand Jury, that is likely to find existence of probable cause to indict defendant(s) on federal offenses of conspiracy charges.

6. For court to enter Judgments against his defendant(s), on behalf of Plaintiff, along with allowing Plaintiff to secure the forms of [illegible]

reliefs demanded and entitled to in his complaint, with enhancements, in an just, speedily and inexpensive determination of action, less intrusively, without a proceeding.

7. Plaintiff would like court to Grant him full recoveries of Punitive damages of $5,000,000 Jointly and severally; Compensatory damages of $5,000,000 Jointly and severally; Nominal damages of $1,000,000 Jointly and Severally; Money damages of $5,000,000 Jointly and severally; Equitable damages of $5,000,000 Jointly and severally against each defendant, and Physical "injury" tort damages to personal properties of Physical mental and emotional state of minds (Psychological) injuries experienced sufferrings of mental and emotional anguishes, for $5,000,000 Jointly and severally against each defendant in their individual capacities, claimed by plaintiff, for acts alleged by defendant(s).

8. Plaintiff, asks court to Issue court order demanding Federal detectives/agents to investigate the current criminal activity of defendant(s), based upon information supplied by me, which demonstrates reasonable suspicion to believe that defendant(s) has committed crimes of conspiracy or is committing crimes of conspiracies.

9. Plaintiff asks court to allow him to be exempt from any taxed filing fees and costs, as an naturalized indian born native American citizen subject, to the constitution, that secures him the properties of rights, privileges, protections, and immunities against filing fees and costs of civil complaints filed by me in emergency circumstances presented to Court.

An just, speedily determinations of Jury Trials, in an inexpensive determinations of actions and proceedings, regard (all) issues within Complaint

Separate Claims of Beliefs asked for by Court for 2nd Set of Defendant(s) 1 through 12:

1. Simillar descriptive recoveries damages sought from first set of defendant(s) No. 1 to 32, Jointly and Servally, for $100,000,000, both capacities at all times, in an just, speedily Jury trial determinations of inexpensive actions and proceedings, with waved filing fee as an Indian exempted from being taxed taxes.

Preliminary and Permenant Injuntions issued by United States District Court, Southern District of Georgia, as a form of reasonable measures taken by Court to minimize (reduced) Plaintiffs and Georgia Dept. of Corrections confined prisoners at illegally operated facilities, by conducts conspired conspiracies, of personally involved defendant(s), et al.

## Basis of Claimed Beliefs and Claims

① Invasion of Constitution; being Both Plaintiffs' Royal properties of properties of rights, as properties, as well, secured by the Constitution, under violated Amendments in Laws violated by (all) alleged defendant(s), whom acted with Deliberate and Callous disregards of Indifferences, recklessly and Consciously.

② To be released by United States District Judges by 3-panel release under Title 18 prospective reliefs (injuntive reliefs) immediately upon (all) defendant failure to honor issued Emergency injuntions (Preliminary) and (Permenant), Intended purposes of getting defendant(s), et al, to stop doing something altogether, and differently, as in accordance with the Amendment in laws, and enacted State laws of simmilarity. Federal Addults of all facilities by GDC Agency as owner operator of conspired conducts. To prevent Slavery of Involuntary Servitudes of Cruels and

Unusual forms of Punishments, as a victim(s), to Federal crimes committed by (all) defendants.

③ For exhausation of casual connection of Joinder of claims, in connection to Exhibit-"D", grievance filed and processed, as an Emergency Grievance disregarded recklessly and consciously, a situation regarding Imminent risks of physical dangers faced by unavoidable exposures created by illegally operated Industrial warehouse prison facility, by conspiracy offensive actions of conducts by GDC Agency of employed staff and appointed supervisors employed, as employer in charge.

④ For United States District Court Chief Judge - Honorable J. Randal Hall to act with Deliberate or Callous Indifference, nor negligence to duties and Oath to protect, defend, support, uphold my properties, the constitution, and make appropriate adjustments to seeing that all properties are returned, in connection to birthright and artificial names, legally owned by Brentrez Mcpherson (a.k.a. Royal Power High Chief Priest, as Chief BaBa - "E'Shiah (E'Shiah), by 'secured' birthrights of christian with Israelite decents of Ephi cultures to Redemption.

⑤ And to Recognize me as "I AM YAH" imaged Holy Spiritual Angel in Reflections of 9-Ether Human Being.

⑥ For Criminal Warrant(s) to Issue (Federal) arrests made, along with seizures of (all) defendant(s) properties of assets (all) (properties) and (assets), in forms of Federal liens on Plaintiff's behalf, and Temporary and Permenant Restraining orders Issued.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [x] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Smith State Prison/Douglas County Jail, Douglas Co Courthouse, Home

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [x] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)? ①Deprivation of rights under Amendments (IV), (V) (VIII)(XIII) and (XIV). ② Supervisory ③ Criminal offenses / [illegible] ④ Slavery ⑤ Conspiracy to Commit False Imprisonment ⑥ Fraud and Deceit ⑦ Deliberate Indifference ⑧ Lack of Protections of Staff and prisoners. ⑨ Disregards by Commissioner and employees ⑩ Footages of Unsupervised prisoners (General Population) and (Segregation) No 15 or 30 rounds conducted in accordance to (GDC) SOP 209.06. ⑪ Improper inmate-to-guard ratios ⑫ October 1, 2023, Death occurrance of GDC staff - Officer Clark. ⑬ Failure to Maintain adequate Staffing (See Attachment)

Attachment to Plaintiff's Sworn Verified Civil Complaint
Part "C" of Complaint (Description of Claims): Page 6 of 11

(14.) Exposure to faced obvious risks of harms. (Continued pattern since 2020)
(15) Physical injuries to mental property state of minds
(16) Inadequate staffing
(17) Negligent performances of Amendment VIII mandatory duties.
(18) Failure to respond to Subjective known risks, in an Objectively reasonable manner.
(19.) Reckless Disregards
(20.) Casual connections of violations and actions of infringment.
(21.) To refrain from housing me in unsafe confinements, while short of staff.
(22) Failure to perform Plaintiff's seggusted performance, of making arrangements with Parole Board, to release me, as a step to minimize Plaintiff's exposure to obvious and known risks.
(23) Failure to act in accordance to GDC Agency-~~Important~~ Exception Rule, mantating "Prompt Action" be taken in (48) hours of Notified Emergency Grievance, regarding situations of unavoidable excessive exposure to the obvious and known continued pattern of substantial risks faced poses threat(s) to safety, life, mental health, health, well-being (Welfare). (Denial of Due Process). Lack of written response of denial, required of officials in 5-days.
(24.) Lack of (24) hour medical healthcare. Services for prisoners, and Plaintiff, and Staff
(25.) Improper Segregation and Classification
(26) Callous Indifference
(27) Invasion to the Constitution; being personal claimed property of Plaintiff

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes - (See Exhibits "D" and "E")

☑ No - In regards to Douglas County defendant(s)

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☑ No - In regards to Douglas County defendant(s)

E. If you did file a grievance:

1. Where did you file the grievance? Smith State Prison Administrative J-1 Dormatory of Segregation Unit on Tier-1, Disiplinary Program with granted (PC) Protective Custody status. Glennville, Ga 30427

2. What did you claim in your grievance? actions of disregard by defendants, as to notified "aware" and obvious faced risks Plaintiff and other prisoners were/is being exposed to, do to unsafe conditions of confinement. Violation of Amendment VIII imposed mandatory duties. Inadequate Staffing, Lack of Protection for Plaintiff and housed prisoners and deceased Officer Clark's life (oct. 1. 2023) "killed" by prisoner. physical injuries to physical mental Health properties state of minds. (Emergency Grievance) situations. Unsecurable doors. Contact Board of Parole. Disregard by Commissioner Oliver visit 10/1/23.

3. What was the result, if any?

No grievance response GDC defendants are still acting with conscious reckless disregard to notified and obvious faced risks exposed to plaintiff and other prisoners; and staff. Actions of Deliberate and Callous Indifference to therein risks of harms. Continued to conspire to illegally operate Industrial Warehouse prison facility. Smith State Prison, Glennville, Ga 30427 (See Exhibits "A" and "B" and "C")

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I wrote forsyth and did not receive response and assistance with requested appeal form ~~for~~ for appeal purposes, for May 25, 2023, filed grievance, and even notified Witness Deputy Warden Warren by ~~written~~ notice of no response via letter, regarding Important Exception rule of the GDC, required within 5-days for ~~Non-Emergency~~ Emergency grievances defendant(s) considers unimportant. (See Exhibit "C").

And (see Exhibit "E") regard filed October 5, 2023, Emergency Grievance still exhausting, during this Emergency Circumstance on faced imminent danger exposure of risks (disregarded).

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I'm required to file Court pleadings regarding matters, in regards of Douglas County defendant(s)

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Evidence of Notification (See Exhibits "A" and "B") regarding GDC defendants. Douglas County Defendant-District Attorney (E. Dalia Racine) was informed of kidnapping, False Imprisonment, fraud, Restraint via letter, on October 25, 2023, received no response

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Grievance record shows that I never signed no response, nor signed an Notice of 10-day extension, regarding May 25, 2023 filed Emergency Grievance invoking Important Exceptional rule to take immediate prompt action within (48) hours according to GDC rule therein alleged, nor any 5-day written notice received, pertaining to both May 25, 2023 or October 5, 2023.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* Grievances filed. See also Exhibits "C", "D", "E". My October 5, 2023 filed grievance surrounds the situation of substantial imminent dangerous risks of serious physical injury of physical and mental harms.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

- [ ] Yes
- [x] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Brentrez McPherson

   Defendant(s) See Civil Action No. 6:21-CV-34 and [illegible] Ti Ward, et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District of Georgia

3. Docket or index number

   6:21-CV-34 and [illegible]

4. Name of Judge assigned to your case

   U.S. Magistrate Judge - Benjamin W. Cheesbro

5. Approximate date of filing lawsuit

   I believe January - April (2021)

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. 24th day of January, 2022.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Dismissed and not appealed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes

- [x] Yes
- [ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Brentrez McPherson

   Defendant(s) Brian Dennis Adams, et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District of Georgia

3. Docket or index number

   621-028

4. Name of Judge assigned to your case

   U.S. Magistrate Judge - Christopher L. Ray

5. Approximate date of filing lawsuit

   I believe January-April (2021)

6. Is the case still pending?

   - [ ] Yes
   - [x] No

   If no, give the approximate date of disposition May 27, 2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Case voluntarily dismissed without prejudice

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 17, 2023

Signature of Plaintiff: Brentrez Mcpherson

Printed Name of Plaintiff: Brentrez McPherson-Natural person | BRENTREZ MCPHERSON Artificial person

Prison Identification #: 1000799956

Prison Address: 9476 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

### B. For Attorneys

Date of signing: November 17, 2023

Signature of Attorney: Brentrez Mcpherson

Printed Name of Attorney: Brentrez McPherson-3rd innocent party (Authorized Representative)

Bar Number: N/A

Name of Law Firm: N/A

Address: 9476 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

Telephone Number: 912-654-5177

E-mail Address:

MICHAEL J. SNOWDEN NOTARY PUBLIC MY COMM. EXPIRES 12/19/2026 LIBERTY COUNTY, GEORGIA

Notary 12/19/2026

# SWORN VERIFICATION

By Plaintiff Brentrez McPherson who hereby:

1. Verify that: Plaintiff McPherson filed verified complaint contains enough facts that states claims of relief that is "Plausible" on it's face, and is enough to support Plaintiff McPherson's previous dismissed civil complaint (6:21-cv-34).
2. Verify that: All facts presented by Plaintiff McPherson within his verified complaint establishes elements of all plausible claims that meets the "Plausibility" and "Probability" standard, and all other required standards that is to be met by him as a Plaintiff.
3. Verify that: Plaintiff McPherson verified civil complaint contains plausible claims that are accepted as truths, as being also enough factual matters (taken as true) to suggest the established required elements accepted by U.S. District Judge-Honorable J. Randal Hall, as being established by Plaintiff McPherson, and even as established in all other casual connections of similar elements to be met, by Plaintiff McPherson.
4. Verify that: Plaintiff McPherson verified filed civil complaint contains enough detailed plausible verified factual allegations by Plaintiff McPherson, that provides the grounds of (his) Plaintiff McPherson's entitle[ments] to any and all desirable reliefs he asks (requests) as prayed for, along with any and every reliefs taken and accepted as true to being granted by U.S. District Judge-Honorable J. Randal Hall, whom deems as being just, proper and equitable, that is accepted as being such desirable forms of reliefs beneficial to Plaintiff

McPherson, as unaware of, to be granted in forms of rewards/ awarded reliefs by U.S. District Judge-Honorable J. Randal Hall of the Southern District of Georgia, Statesboro Division, due to all Plaintiff's McPherson truthfully accepted presented alleged facts contained therein Plaintiff McPherson verified plausible civil complaint, that is truthfully accepted as being enough facts indicating there is casual connections between all alleged actions of every defendant and all alleged violations of Plaintiff McPherson's constitutional rights; being personal properties damaged by injuries(s) caused, as well to, his psychological "mental" states of minds of emotional and mental anguishes, paranoia, anxieties, harassments, and annoyances, even as accepted truths by U.S. District Court for the Southern District of Georgia, Stateboro Division, as being true to claims that Plaintiff McPherson is truthfully accepted by U.S. District Judge-Honorable J. Randal Hall, as being prevailing plausible colorable claims that entitles him to all proper attached forms of relief lawfully available to him, even without the showings of physical injurie(s) to his injured persons of the injured Plaintiff McPherson. (taken as true).

5. Verify that: Plaintiff McPherson's plausibly colorable claims alleged as set forth in his filed verified plausible civil complaint, is at all times, accepted as the truths, as such presented demonstrations truthfully accepted by U.S. District Court of the Southern District of Georgia, for the Statesboro Division, constitutes enough facts to raise in Plaintiff McPherson's favor, a reasonable expections that discovery will reveal evidence of the necessary elements found to be accepted as the truths to being established by him, along with all alleged factual allegations to support all elements and all alleged valid

claims alleged by Plaintiff McPherson therein his civil complaint, as also accepted truths, by U.S. District Judge-Honorable J. Randal Hall, as being the truth, and such liability element he's allowed to establish.

6. Verify that: Plaintiff McPherson's plausibly verified, as sworn filed civil complaint, provides U.S. District Judges of the Federal District Courts for the Southern District of Georgia, Statesboro Division, with enough reasons to believe that, Plaintiff McPherson, has a reasonable likelihood of mustering enough factual support of Plaintiff McPherson's alleged plausibly colorable verified sufficient claims set forth therein his sucessful filed complaint, that is accepted by aforementioned District Court, as being true, to being impossible of prevailing, in any and all forms, to be most favorable to Plaintiff McPherson, the truthfully accepted injured party.

7. Verify that: Plaintiff McPherson's plausibly sworn verified filed civil complaint, is at all times, is to be accepted as being true, by the U.S. District Judge-Honorable J. Randal Hall, whom, at all times, truthfully accepts Plaintiff McPherson's Plausible sworn verified filed civil complaint, as an "Affidavit in Opposition", considered as any and all forms of prevailing defenses, to any and all defensive drafted pleadings, filed on each defendant's behalf, and is truthfully accepted as ~~being~~ being true, by the aforementioned U.S. District Judge, that each defendant MUST file an Answer in response to Plaintiff's McPherson's successfully filed verified complaint.

8. Verify that: Plaintiff McPherson's plausibly verified civil complaint filed, is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true to being forms of undefeatable advantages over and against any and all defendants move for Summary Judgments, change of venue, Motion to Dismiss, and requested Qualified Immunities, as being the

accepted truths, of not being any existing forms of prevailing defenses to all alleged defendants, that's unavailable.

9. Verify that: Plaintiff McPherson's plausibly verified alleged factual matters of claims of presented facts, all to be accepted as true by U.S. District Judge-Honorable J. Randal Hall, as being enough évidence to satify as meeting the necessary pleading requirements of such issuance of liens by aforementioned U.S. District Judge, on and against any and all owned properties of each defendant, due to it being accepted as true, that Plaintiff McPherson lawfully has a property interest of each and every defendant's recorded ownership of properties, due to their civil infringements of Plaintiff's McPherson substantial rights intentionally injured, as caused by each alleged defendant is personally responsible and personally involved.

10. Verify that: At all times, it is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true, that, Plaintiff McPherson, has proved that all set of Presented facts therein verified filed complaint, is in support of all his alleged raised plausible claims and unalleged claims of entitle[ments] of reliefs of any and all forms, so desired, to be lawfully received, as accepted, by the actual injured party-Plaintiff McPherson, including reliefs of preliminary/permanant injunctions.

11. Verify that: It is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true, that Plaintiff McPherson lawfully accepts to voluntary receive any and all unaware available forms of every reliefs, so desirable to him, that can be afforded to him via the issuance of District court's orders, of granting him rewards and awards, along with prospective reliefs from present unsafe conditions of confinement experienced by him, as being unavoidable.

12. Verify that: All of Plaintiff McPherson's presented factual allegations plausibly supports any and all elements of all his asserted Amendment

VIII claims against each defendant, and any and all other liberally construed plausible colorable claims, regarding injuries(s) to his constitutional rights, and constitutional violations.

13. Verify that: It is accepted as being true, that, U.S. District Judge-Honorable J. Randal Hall will support and uphold all articles to all Amendments. and the entire Constitution for the United States of America, all in favor of Plaintiff McPherson, in regards to his previous dismissed civil complaint (6:21-cv-34) and his presently filed verified civil complaint.

14. Verify That: At all times, it is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true, that, each alleged defendant in Plaintiff McPherson's filed verified civil complaint, is to be held, personally responsible and personally involved for violating and injuring Plaintiff McPherson's constitutional rights, whom were subjectively aware of such rights of Plaintiff McPherson; as being clearly established rights of Plaintiff McPherson at the time of all defendants acted with disregards to his unavoidable exposure to unsafe conditions and injured rights.

15. Verify that: It is to be accepted as ~~being~~ true by U.S. District Judge-Honorable J. Randal Hall and (2) two other U.S. District Court Judges, that Plaintiff McPherson is lawfully entitled to be granted prospective reliefs under title 18, from the continued pattern of experienced unlawful, unsafe prison conditions of confinement, that is accepted as true, to violating the Amendment VIII of the Constitution.

16. Verify that: At all times, all of Plaintiff McPherson's alleged facts therein his verified filed civil complaint, is accepted as being true by U.S. District Judge-Honorable J. Randal Hall, to satisfy as being enough detailed factual matters, that demonstrates every required

showings of legal theories, being such requirements to be met by him, as supporting all of his alleged plausible claims that has been also accepted as being true, to prevailing.

17. Verify that: Plaintiff McPherson has the guaranteed right to assistance of counsel afforded to him under Amendment VI, if he so desires upon request to District court, whom accepts all Plaintiff McPherson's sworn verifications, as being true, along with his own choice of counsel.

18. Verify that: It is true, that all afforded rights ~~of~~ Plaintiff McPherson, are secured by the constitution of the United States of America.

19. Verify that: It is not true, that Plaintiff McPherson cannot prevail on all merits of all plausible claims alleged in his plausibly verified filed civil complaint and his previous filed dismissed verified civil complaint (6:21-cv-34).

20. Verify that: Each defendant, at all times, from beginning to end of complaint filed by Plaintiff McPherson, acted under color of statute, ordinance, regulation, custom, usage, and law of State of Georgia's territory of the District of Columbia of the Jurisdiction of the United States, and is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true to, Plaintiff McPherson being entitled to monetary reliefs (compensation) damages in all forms requested, or so desired, as being unknown (unaware) to Plaintiff McPherson.

21. Verify that: It is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true, that Plaintiff McPherson' verified civil complaint involves casual connections in many forms recognized by the truthfully assigned U.S. District Court Judge-Hon. J. Randal Hall, that's over Plaintiff McPherson verified complaint presently filed.

22. Verify that: It is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true, that Plaintiff McPherson is an naturalized born person subject to the Jurisdiction of the United States, as a born citizen in the United States and a citizen of the State of Georgia wherein I reside. It is also the accepted truths, that my foolish defendant(s) are citizens of the United States, that's also subject to the Jurisdiction thereof.

23. Verify that: It is accepted by U.S. District Judge-Honorable J. Randal Hall, as being true, that Plaintiff McPherson is entitled to receive recovery of any and all damages to rights injured and personal injuries to my persons in the amount of $5,000,000 against and from each defendant jointly and severally, as speedily secured multi-forms of exact-like separate recoveries, to Plaintiff's "natural" and "artificial" persons & (enhanced) enhancement

I, Brentrez McPherson (Plaintiff) have read the foregoing complaint and hereby by sworn verification, verify that all such matters plausibly alleged by me therein are accepted as being true by U.S. District Judge-Honorable J. Randal Hall and Plaintiff Brentrez McPherson and is believed to be true by both, the U.S. District Judge-Honorable J. Randal Hall, and Plaintiff Brentrez McPherson, whom personally certify's under penalty of perjury that the foregoing is true and correct, as being sworn before a Notary as a verified witness.

Executed Smith State Prison, Glennville, Ga on 10-16-23.

Brentrez McPherson [signature]

Brentrez McPherson-Plaintiff

GREGORY K LYNN NOTARY PUBLIC Comm. Exp. 08/05/25 TATTNALL COUNTY, GA

[signature] 10-16-23

# Certificate of Service

I, Brentrez McPherson hereby certify that I have served on this 17 day of ~~October~~ November 2023, the foregoing sworn verified civil complaint action, summons, Attachments, Attached exhibits, Notarized Sworn verification via mail, by the U.S. Postal Services, with sufficient postage, to ensure it's delivery to the below destinations:

1. U.S. District Court, Clerk
United States District Court
Southern District of Georgia
Post Office Box 1636
Brunswick, Georgia 31521

Mailed by: [signature]
Brentrez McPherson

Date: November 17, 2023

#1000799956
Smith State Prison
9676 Highway 301 North
Glennville, Ga 30427

Brentrez McPherson (a.k.a. Royal Power High Chief Priest-Chief BaBa "E'Shiah")
#1000799956
Smith State Prison
9676 Highway 301 North
Glennville, Georgia 30427

U.S. District Court, Clerk
United States District Court
Southern District of Georgia
Post Office Box 1636
Brunswick, Georgia 31521

JCA