IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| BRENTREZ MCPHERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 623-068 |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** the motion to proceed *in forma pauperis*, (doc. no. 4), and the motion to set aside, (doc. no. 5), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of February, 2024, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA